UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>CUTTER FINANCIAL GROUP, LLC AND JEFFREY CUTTER,<br><br>Defendants. | Case No. 1:23-cv-10589 |

**ASSENTED-TO MOTION FOR LEAVE TO EXCEED PAGE LIMIT**

Defendants Cutter Financial Group, LLC and Jeffrey Cutter request that the Court grant Defendants leave to exceed the page limit set by Local Rule 7.1(b)(4). In support of their motion, Defendants state as follows:

1. On March 17, 2023, Plaintiff Securities and Exchange Commission ("Plaintiff") filed its Complaint in this action.

2. The Complaint raises complex and novel questions of law. Defendants intend to file a Motion to Dismiss in response to the Complaint.

3. Defendants ask for leave to exceed the page limit set by Local Rule 7.1(b)(4). Defendants seek a forty-page limit for their memorandum of law in support of their Motion to Dismiss. The additional pages will aid the Court in better understanding the allegations and legal issues relevant to Defendants' Motion to Dismiss. Defendants' memorandum of law will set forth the necessary points and arguments as succinctly as possible.

4. Plaintiff Securities and Exchange Commission assents to this motion.

WHEREFORE, for the foregoing reasons, Defendants respectfully request that the Court grant Defendants leave to exceed the page limits set by set by Local Rule 7.1(b)(4).

Respectfully submitted,

/s/ Ian D. Roffman
Ian D. Roffman (BBO# 637564)
iroffman@nutter.com
Mark C. Jensen (BBO# 646662)
mjensen@nutter.com
Ashley M. Paquin (Bar. No. 696377)
apaquin@nuter.com
Nutter McClennen & Fish LLP
Seaport West
155 Seaport Blvd.
Boston, MA  02210-2604
(617) 439-2421 (Roffman)

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that on May 3, 2023 this document (filed through the ECF system) will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ Ian D. Roffman
Ian D. Roffman

6022756