UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CUTTER FINANCIAL GROUP, LLC and )<br>JEFFREY CUTTER, )<br>)<br>Defendants. )<br>) | Case No. 1:23-cv-10589 |

## MOTION TO CONTINUE HEARING DATE

On August 15, 2023, the Court set a hearing on Defendants' Motion to Dismiss for September 21, 2023. Dkt. No. 27. That date presents a conflict for the Commission's counsel. As such, the Commission hereby moves to continue the hearing date to September 28, 2023. The Commission understands from Defendants' counsel that they concur with the proposed date of September 28, 2023.

Respectfully submitted,

/s/ Susan Cooke Anderson
Susan Cooke Anderson (D.C. Bar No. 978173)
   Trial Counsel
Attorney for Plaintiff
**SECURITIES AND EXCHANGE COMMISSION**
Boston Regional Office
33 Arch Street
Boston, MA  02110
(617) 573-4538  (Anderson direct)
andersonsu@sec.gov  (Anderson email)

Dated:  August 17, 2023

## **CERTIFICATE OF SERVICE**

 I hereby certify that on August 17, 2023, a true and correct copy of the foregoing document was filed through the Court's CM/ECF system, and accordingly, the document will be sent electronically to all participants registered to receive electronic notice in this case.

           /s/ Susan Anderson
           Susan Anderson