UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff<br><br>v.<br><br>CUTTER FINANCIAL GROUP, LLC and JEFFREY CUTTER,<br><br>Defendants. | Civil Action No. 23-cv-10589-DJC |

## SPECIAL JURY VERDICT FORM

We, the jury, find:

### First Claim:

    A. **Violation of Section 206(1) of the Advisers Act**

        1.    Did the Plaintiff the Securities and Exchange Commission (the "SEC") prove by a preponderance of the evidence that Defendants Cutter Financial Group, LLC ("CFG") and Mr. Jeffrey Cutter directly or indirectly employed a device, scheme or artifice to defraud a client or prospective client and acted at least recklessly or knowingly with the intent to defraud in violation of Section 206(1) of the Advisers Act?

            **Yes** \_\_\_       **No** _X_

    B. **Violation of Section 206(2) of the Advisers Act**

        2.    Did the Plaintiff the SEC prove by a preponderance of the evidence that Defendants CFG and Mr. Jeffrey Cutter directly or indirectly employed a device, scheme or artifice to defraud a client or prospective client and acted at least negligently in violation of Section 206(2) of the Advisers Act?

            **Yes** _X_       **No** \_\_\_

**Second Claim:**

    A. **Violation of Section 206(4) of the Advisers Act and Advisers Act Rule 206(4)-7**

        3.    Did the Plaintiff the SEC prove by a preponderance of the evidence that Defendant CFG directly or indirectly failed to adopt and implement written policies reasonably designed to prevent violations of the Advisers Act and the rules promulgated thereunder, in violation of Section 206(4) of the Advisers Act and Advisers Act Rule 206(4)-7?

            Yes ___      No _X_

*If you answered No to Question 3, do not proceed to Question 4, but have your foreperson sign and date this verdict form. If you answered Yes to Question 3, proceed to Question 4.*

        4.    If you answered Yes to Question 3, did Plaintiff the SEC prove by a preponderance of the evidence that Defendant Mr. Jeffrey Cutter aided and abetted CFG's violation of Section 206(4) of the Advisers Act and Advisers Act Rule 206(4)-7?

            Yes ___      No ___

The undersigned foreperson of the jury hereby certifies that the members of the jury agree to the above findings.

_4/23/2025_
DATE

_[signature]_
FOREPERSON'S SIGNATURE

2