UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>  Plaintiff,<br><br>  v.<br><br>CUTTER FINANCIAL GROUP, LLC AND JEFFREY CUTTER,<br><br>  Defendants. | )<br>)<br>)<br>)<br>) Case No. 1:23-cv-10589- DJC<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' RENEWED MOTION FOR JUDGMENT
AS A MATTER OF LAW ON ADVISERS ACT SECTION 206(2) CLAIM
OR IN THE ALTERNATIVE, FOR A NEW TRIAL ON THAT CLAIM**

Defendants Cutter Financial Group, LLC and Jeffrey Cutter respectfully request pursuant to Fed. R. Civ. P. 50(b) that the Court enter judgment as a matter of law for Defendants on the claim by Plaintiff Securities and Exchange Commission that Defendants violated Section 206(2) of the Investment Advisers Act of 1940. Jointly and alternatively, pursuant to Fed. R. Civ. P. 59, Defendants move for a new trial on the claim by Plaintiff Securities and Exchange Commission that Defendants violated Section 206(2) of the Investment Advisers Act of 1940.

In support of their motion, Defendants submit the accompanying memorandum of law and also incorporate by reference the grounds stated in Defendants' prior motions under Fed. R. Civ. P. 50(a), motions to dismiss, motions in limine, bench memoranda, and arguments made at hearing and during trial.

WHEREFORE, Defendants respectfully request that the Court grant judgment for Defendants on the claim by Plaintiff Securities and Exchange Commission that Defendants violated Section 206(2) of the Investment Advisers Act of 1940 or order a new trial on that claim.

2

Dated: May 21, 2025                                            Respectfully submitted,

                                          /s/ Ian D. Roffman
Ian D. Roffman (BBO# 637564)
*iroffman@nutter.com*
Mark C. Jensen (BBO# 646662)
*mjensen@nutter.com*
Melanie V. Woodward (BBO# 690906)
*mwoodward@nutter.com*
Natalia E. Peña (Bar. No. 707596)
*nepena@nutter.com*
Nutter McClennen & Fish LLP
Seaport West
155 Seaport Blvd.
Boston, MA 02210-2604
(617) 439-2421 (Roffman)

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

     I certify that, on May 21, 2025, this document (filed through the ECF system) will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                          /s/ *Ian D. Roffman*

7251285